UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Jose Manuel Pu Osorio,<br><br>*Petitioner*,<br><br>v.<br><br>Todd Lyons, *Acting Director of ICE*, et al.,<br><br>*Respondents*. | No. 6:26-cv-239-CRW |

**ORDER DISMISSING HABEAS PETITION FOR FAILURE TO PROSECUTE**

Before the Court is Petitioner Jose Manuel Pu Osorio's petition for writ of habeas corpus (Dkt. No. 1), filed on April 10, 2026. On May 14, 2026, the Court ordered Petitioner to show cause as to why the petition "should not be dismissed for lack of subject-matter jurisdiction or stricken as the unauthorized practice of law." Dkt. No. 4. The Court informed Petitioner that it may dismiss the petition if he failed to do so. *Id.* Petitioner failed to comply or further prosecute his case.

**IT IS THEREFORE ORDERED** that petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE.** Accordingly, as nothing remains to resolve, this case is now **CLOSED**. Therefore, the Clerk's Office is directed to **CLOSE** this case.

So ordered on November 16, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE